UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-------------------------------------------------------------------X

| | |
|---|---|
| CLAUDIA GIL (AND HUSBAND, MARCO BANONIOS), | 08-CV-002625-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | **ELECTRONICALLY FILED** |
| ALAN KASMAN DBA KASCO, *et al.*, | |
| Defendants. | |

-------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York
       June 26, 2008

DICKSTEIN SHAPIRO LLP

By:    /s/ Judith R. Cohen
_____
Judith R. Cohen (JC-8614)
1177 Avenue of the Americas
New York, New York 10036
Phone: (212) 277-6500
Fax: (212) 277-6501

*Attorney for Defendant*
MERRILL LYNCH & CO., INC.

DOCSNY-314114